10:00 AM

## PROCEEDING MEMO

**Date:** September 28, 2016

**In re:** Clarence E. Singleton, II and Dawn M. Singleton

Bankruptcy No. 13-20869-CMB
Chapter 13
Doc. # 67

**Appearances:** Ed Santillan, D.; Owen Katz, T.; William Miller, Wilmington.

**Movant(s):** Edgardo D. Santillan

**Respondent(s):** William E. Miller; Winnecour / Bedford / Pail / Katz

**Creditor(s):**

**Nature of Proceeding:** Debtors' Objection to Notice of Mortgage Payment Change v. Wilmington Savings Fund Society FSB dba Christiana Trust

**Additional Pleadings:** #68 Certificate of Service; #70 Response by Wilmington Savings Fund Society FSB dba Christiana Trust

**Judge's Notes:** No final loan modification, so objecting to payment change. Payment change is result of annual escrow analysis. Filed to have updated mortgage payment amount on file.

**Outcome:**

_____ Motion is GRANTED _____ Order entered

_____ Motion is DENIED _____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED _____ Order entered     Continued to 11/16/16 @ 10:00 a.m.

_____ Reschedule for Proper Service

_____ Case DISMISSED _____ Order entered

_____ Parties to submit Order/Settlement/Stipulation by _____ days

_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)

_____ to hearing date of _____

_____ ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed: Movant(s) brief due _____ days
Respondent(s) brief due _____ days
Trustee's brief due _____ days

FILED
9/28/16 5:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Clarence E. Singleton, II  
Dawn M. Singleton  
    Debtors

Case No. 13-20869-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Sep 28, 2016  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2016.  
db/jdb       +Clarence E. Singleton, II,   Dawn M. Singleton,   524 Moore Avenue,   Baden, PA 15005-1818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                                TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2016 at the address(es) listed below:

        Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Edgardo D. Santillan    on behalf of Debtor Clarence E. Singleton, II eds@debtlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com  
        Edgardo D. Santillan    on behalf of Joint Debtor Dawn M. Singleton eds@debtlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com  
        Jeremy J. Kobeski    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com  
        Matthew Gregory Brushwood    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        William E. Miller    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                                                                             TOTAL: 9