10:00 AM

## PROCEEDING MEMO

**Date:** November 16, 2016

**In re:** Clarence E. Singleton, II and Dawn M. Singleton

Bankruptcy No. 13-20869-CMB
Chapter 13
Doc. # 67

**Appearances:** Jana Pail, T; William Miller, Wilmington Savings; Ed Santillan, D.
By phone

**Movant(s):** ~~Edgardo D. Santillan~~

**Respondent(s):** ~~William E. Miller, Winnecour, Bedford, Pail, Katz~~

**Creditor(s):**

**Nature of Proceeding:** Continued Hearing on Debtors' Objection to Notice of Mortgage Payment Change v. Wilmington Savings Fund Society FSB dba Christiana Trust

**Additional Pleadings:** #68 Certificate of Service; #70 Response by Wilmington Savings Fund Society FSB dba Christiana Trust

**Judge's Notes:**

**Outcome:**

Debtor requests short continuance in order to obtain loan modification packet.
Wilmington does not object to continuance.
Continued to 12/21/16 @ 11:00 a.m.

_____Motion is GRANTED  _____Order entered

_____Motion is DENIED  _____Order entered

_____Motion WITHDRAWN

_____Motion is DISMISSED  _____ Order entered

_____Reschedule for Proper Service

_____Case DISMISSED  _____Order entered

_____Parties to submit Order/Settlement/Stipulation by _____days

_____CONTINUED MATTER:  _____for at least _____days (Court to Issue Order)

_____ to hearing date of _____

____ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____days
                            Respondent(s) brief due _____days
                            Trustee's brief due _____days

FILED
11/16/16 4:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Clarence E. Singleton, II  
Dawn M. Singleton  
    Debtors

Case No. 13-20869-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Nov 16, 2016  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2016.  
db/jdb        +Clarence E. Singleton, II,    Dawn M. Singleton,    524 Moore Avenue,    Baden, PA 15005-1818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2016 at the address(es) listed below:

       Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       Edgardo D. Santillan    on behalf of Debtor Clarence E. Singleton, II eds@debtlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com  
       Edgardo D. Santillan    on behalf of Joint Debtor Dawn M. Singleton eds@debtlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com  
       Jeremy J. Kobeski    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com  
       Matthew Gregory Brushwood    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       William E. Miller    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                                 TOTAL: 9