# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Clarence E. Singleton, II and Dawn M. Singleton<br><br>        <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 13-20869 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: ore)

                                            Respectfully submitted,

                                            **/s/ James C. Warmbrodt, Esquire**
                                            James C. Warmbrodt, Esquire
                                            jwarmbrodt@kmllawgroup.com
                                            Attorney I.D. No. 42524
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            Phone: 215-825-6306
                                            Fax: 215-825-6406
                                            Attorney for Movant/Applicant