UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>CLARENCE AND DAWN SINGLETON<br><br>a/k/a<br><br>  DEBTORS<br><br>Ronda J. Winnecour, Trustee and<br>CLARENCE SINGLETON<br>Debtor<br>MOVANTS,<br>    Vs.<br><br>NELSON TREE SERVICE<br>Respondents.<br>SSN XXX-XX-4332 | Case No. 13-20869- CMB<br><br>Chapter 13 |

### AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-names debtor (s) having filed a Chapter 13 petition and debtor (s) or Trustee having moved to attach wages to fund the Chapter 13 plan

**IT IS, THEREFORE, ORDERED** that until further order of this Court, the entity from which the debtor receives income:

Nelson Tree Service
3300 Office Park Drive
Dayton, OH 45439
Attn: Chris Edwards

shall deduct from said income the sum of **$1450.00 Monthly** beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any pay period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums **ON AT LEAST A MONTHLY BASIS** to:

**RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D. PA
P.O. BOX 84051
CHICAGO, IL 60689**

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this court.

DATED this    9th    day    January, 2017

_____
U.S. BANKRUPTCY JUDGE
Carlota M. Böhm
kmt

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

FILED
1/9/17 3:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Clarence E. Singleton, II
Dawn M. Singleton
    Debtors

Case No. 13-20869-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: kthe        Page 1 of 1        Date Rcvd: Jan 09, 2017
                      Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2017.
db         +Clarence E. Singleton, II,   524 Moore Avenue,   Baden, PA 15005-1818
          +Nelson Tree Service,   Attn: Chris Edwards,   3300 Office Park Drive,   Dayton, OH 45439-2394

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2017 at the address(es) listed below:
        Andrew F Gornall   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Edgardo D. Santillan   on behalf of Debtor Clarence E. Singleton, II eds@debtlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
        Edgardo D. Santillan   on behalf of Joint Debtor Dawn M. Singleton eds@debtlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
        James Warmbrodt   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT bkgroup@kmllawgroup.com
        Jeremy J. Kobeski   on behalf of Creditor   BANK OF AMERICA, N.A. pawb@fedphe.com
        Matthew Gregory Brushwood   on behalf of Creditor   BANK OF AMERICA, N.A. pawb@fedphe.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft   on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        William E. Miller   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                               TOTAL: 10