# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

    **Debtor:** CLARENCE E. & DAWN M. SINGLETON
    **Case Number:** 13-20869-CMB     **Chapter:** 13
    **Date / Time / Room:** THURSDAY, MARCH 16, 2017 09:30 AM    3251 US STEEL
    **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
3/16/17 4:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#83 Amended Plan Dated 1/24/2017 (FC)
R / M #: 83 / 0

### *Appearances:*

Santillan

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, _____ effective _____.
7. __X__ Plan/Motion continued to 4/5/17 at 11:00.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3/9/2017    8:59:57AM