PROCEEDING MEMO

Date: 04/12/2017 10:00 am

In re: Clarence E. Singleton, II and Dawn M. Singleton

Bankruptcy No. 13-20869-CMB
Chapter: 13
Doc. # 87

**Appearances:**

Movant(s):   Edgardo D. Santillan

Respondent(s):   William E. Miller; ~~Winnecour~~ ~~Bedford~~ / Pail / ~~Katz~~

Creditor(s):

Nature of Proceeding:   Debtors' Objection to Notice of PostPetition Mortgage Fees, Expenses & Charges v. Shellpoint Mortgage Servicing

Additional Pleadings:   #87 Certificate of Service;  #90 Response by Shellpoint Mortgage Servicing

**Judge's Notes:**

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

Parties have consensually resolved the issue. Consent order to be submitted within 7 days by Shellpoint's attorney. Consent order to include Ch. 13 Trustee.

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
4/12/17 4:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA