UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania (Pittsburgh)

IN RE:  Clarence Singleton II
and Dawn Singleton

CASE NO: 13-20869

FILED
2017 JUN -9 A 10: 31
CLERK
U.S. BANKRUPTCY COURT

## NOTICE OF CHANGE OF ADDRESS FOR
## PAYMENTS FROM CHAPTER 13 TRUSTEE

Bank of America N.A. ("Creditor") hereby gives notice that all presently held or future payments to the Creditor for the Court claim number(s)  4  from the Chapter 13 Trustee should be sent to the following address:

**OLD ADDRESS:**

Bank of America
PO Box 26012
Greensboro, NC 27420

**NEW ADDRESS:**

Bank of America
PO Box 15312
Wilmington, DE 19850-5312

_____
Robert Phifer Jr
Bank of America

## CERTIFICATE OF SERVICE

I hereby certify that on   June 9, 2017   , a copy of the foregoing document was served on the following by ECF:

Trustee:
Ronda J. Winnecour
600 Grant Street Suite 3250
Pittsburgh, PA 15219

_____
Belinda McQueen