## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | CLARENCE E. & DAWN M. SINGLETON |
| Case Number: | 13-20869-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JULY 27, 2017 01:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
8/1/17 7:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#99 Amended Plan Dated 6/2/2017 (FC)
R / M #:  99 / 0

### Appearances:

Debtor: Lemon
Trustee: Winnecour / Bedford / Pail / Katz (circled)
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 9/7/17 at 2:00 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

[Handwritten notes: "plan treatment of Wilmington (CC #6) not clear. Need Debtor Counsel to clarify" and "Cont. for explanation"]

7/17/2017   12:28:17PM