UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-20869-CMB |
| | ) | |
| CLARENCE E. SINGLETON | ) | |
| DAWN M. SINGLETON | ) | CHAPTER 13 |
| | ) | |
|     DEBTORS | ) | RELATED TO CLAIM NO. 6 |
| | ) | |
| | ) | |
| WILMINGTON SAVINGS FUND SOCIETY, | ) | |
| Doing business as CHRISTINA TRUST, not | ) | |
| In its individual capacity, but solely as trustee | ) | |
| For BCAT2014-9TT | ) | |
| | | |
|     MOVANT | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| CLARENCE E. SINGLTON | ) | |
| DAWN M. SINGLETON | ) | |

**DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE AND CHAPTER 13 PLAN FEASIBLITY**

    The undersigned hereby declares that the Plan dated a June 2, 2017 is adequately funded for the change in the mortgage payment to Wilmington Savings Fund Society to the amount of $792.05 effective with the September 2017 payment without reducing the percentage to Unsecured Creditors or amounts to be paid to other Creditors in the plan. Therefore, no amended Plan is necessary and/or objection to the notice is required.

<u>August 28, 2017</u>                                     <u>/s/ Edgardo D. Santillan</u>
                                                                   Edgardo D. Santillan, Esquire
                                                                   PA ID No. 60030
                                                                   SANTILLAN LAW FIRM P.C.
                                                                   775 Fourth St.
                                                                   Beaver, PA 15009
                                                                   724-770-1040
                                                                   ed@santillanlaw.com

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-20869-CMB |
| | ) | |
| CLARENCE E. SINGLETON | ) | |
| DAWN M. SINGLETON | ) | CHAPTER 13 |
| | ) | |
|     DEBTORS | ) | RELATED TO CLAIM NO. 6 |
| | ) | |
| | ) | |
| WILMINGTON SAVINGS FUND SOCIETY, | ) | |
| Doing business as CHRISTINA TRUST, not | ) | |
| In its individual capacity, but solely as trustee | ) | |
| For BCAT2014-9TT | ) | |
| | ) | |
|     MOVANT | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| CLARENCE E. SINGLTON | ) | |
| DAWN M. SINGLETON | ) | |

**CERTIFICATION OF SERVICE**

    I, Edgardo D. Santillan, Esquire of SANTILLAN LAW FIRM P.C., 775 Fourth St., Beaver, PA 15009 certify:

    That I am, and at all times hereinafter mentioned was, more than 18 years of age;

    That on the 28th day of August 2017, **I SERVED A COPY OF THE DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE UPON THE FOLLOWING:**

Office of the U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Ave
Pittsburgh, PA 15222

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826
Attn: Hugh Russell, Bankruptcy Case manager
**Via First Class Mail**

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON August 28, 2017

    /s/ Edgardo D. Santillan
    Edgardo D. Santillan, Esquire
    PA ID No. 60030
    SANTILLAN LAW OFFICE, P.C.
    775 Fourth St.
    Beaver, PA 15009
    724-770-1040
    ed@santillanlaw.com