IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| CLARENCE E. SINGLETON | : | Bankruptcy No. 13-20869-CMB |
| DAWN SINGLETON | : | Chapter 13 |
| Debtors | : | |
| | : | |
| CLARENCE E. SINGLETON | : | Related to Document No. 52 & 58 |
| DAWN SINGLETON | : | |
| Movants | : | |
| | : | |
| v. | : | |
| SHELLPOINT MORTGAGE SERVICING | : | |
| RUSHMORE LOAN MANAGEMENT (FORMER | : | |
| SERVICER) | : | |
| | : | |
| Respondent | | |

## LOSS MITIGATION STATUS REPORT

This **Loss Mitigation Status Report**

Part I:  Loss Mitigation Status

A.   The Loss Mitigation process was commenced by the Debtors on December 29, 2016 by entering into a trial modification with respect to the First mortgage on the Debtors' residence.

B.   Debtors' Counsel filed a Motion to Approve Trial Loan Modification on January 7, 2016.

C.   An Interim Mortgage Modification Order was entered on February 4, 2016.

D.   On June 30, 2016 Debtors' mortgage was transferred to Shellpoint Mortgage Services from Rushmore Loan Management.

E.   On November 22, 2016, the Debtors received a proposed final loan modification from Shellpoint Mortgage Services.

F.   Debtors rejected the final loan modification proposed by Shellpoint.

G.   Debtors filed an amended plan dated January 24, 2017 to account for the Mortgage payment changes since the Debtors had rejected the final loan modification. Said plan was confirmed on May 3, 2017.

F.   Debtors filed another amended plan dated June 2, 2017 as a result of their 2012 Ford Focus being totaled in a car accident. Said lien was paid off by the Debtors' insurance company. All other details concerning the Debtors mortgage payments stay the same as the previous amended plan dated January 24, 2017.

H.   Payments to the mortgage company should go by the plan dated January 24, 2017 and ratified in the June 2, 2017 plan.

Date:  October 10, 2017_____

/s/ Edgardo D. Santillan_____
PA ID 60030
775 Fourth St.
Beaver, PA 15009
ed@santillanlaw.com
(724) 770-1040
Attorney for Debtor(s)