# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | CLARENCE E. & DAWN M. SINGLETON |
| Case Number: | 13-20869-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, NOVEMBER 16, 2017 02:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
11/20/17 12:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#99 - Final Confirmation of Plan Dated 6/2/2017 (FC)
R / M #:  99 / 0

*Appearances:*

Debtor: Santilla [signature]
Trustee: Winnecour / Bedford / Pail / Katz

Creditor:

[Handwritten note: Counsel to file file LMP report by 11/17.]

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 12/21/17 at 2:30 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

11/8/2017   2:36:12PM