**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Clarence E. Singleton II**
**Dawn M. Singleton**
  Debtor(s)

Bankruptcy Case No.: 13−20869−CMB

Chapter: 13
Docket No.: 133 − 132

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this The 25th of June, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/1/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/15/18 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/1/18.**

                                      Carlota M. Bohm
                                      United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-20869-CMB
Clarence E. Singleton, II                                             Chapter 13
Dawn M. Singleton
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 2           Date Rcvd: Jun 25, 2018
                              Form ID: 408            Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.
```
db/jdb         +Clarence E. Singleton, II,   Dawn M. Singleton,    524 Moore Avenue,    Baden, PA 15005-1818
cr              Bank of America,   PO Box 15312,    Wilmington, DE 19850-5312
cr              Duquesne Light Company,   c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
14253282       +BCAT2014-9TT,   Wilmington Savings Fund Society, FSB,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,   Greenville, SC 29603-0826
13580192        Bank Of America,   Attn: Bankruptcy NC4-105-0314,    PO Box 15312,    Wilmington, DE 19850-5312
13580191       +Bank of America,   Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
13611105       +Bank of America, N.A.,   7105 Corporate Drive,    Plano, TX 75024-4100
13664405       +CAPITAL ONE, N.A.,   PO Box 12907,    Norfolk VA 23541-0907
13648899        Capital One, N.A.,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13580194       +Fnb Cons Disc Co,   103 N Jefferson Street,    New Castle, PA 16101-3904
13580195       +Fnb Cons Disc Co,   156 S Broad St,    Grove City, PA 16127-1523
13585082        SANTANDER CONSUMER USA,    P.O. BOX 560284,    DALLAS, TX 75356-0284
13580200       +Sears/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
13580202       +Weisfield Jewelers/Sterling Jewelers Inc,    Attn: Bankruptcy,    Po Box 3680,
                 Akron, OH 44309-3680
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 26 2018 02:17:26
                 PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13580193       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 26 2018 02:17:27     Cap One,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13612973       +E-mail/Text: kburkley@bernsteinlaw.com Jun 26 2018 02:13:41     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13580196       +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2018 02:17:57     Gemb/care Credit,
                 Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13580197        E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2018 02:17:57     Gemb/oldnavydc,
                 Attn: bankruptcy,    Po Box 130104,    Roswell, GA 30076
13580198       +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 26 2018 02:11:38     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13664313        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 26 2018 02:18:07
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13873496        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 26 2018 02:28:56
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13628715        E-mail/Text: bnc-quantum@quantum3group.com Jun 26 2018 02:12:20
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13651709        E-mail/Text: bnc-quantum@quantum3group.com Jun 26 2018 02:12:20
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13580201        E-mail/Text: appebnmailbox@sprint.com Jun 26 2018 02:12:38     Sprint Bankruptcy Dept.,
                 1603 LBJ Freeway,    TXFBR043A,    Dallas, TX 75234
13595517       +E-mail/Text: BKRMailOps@weltman.com Jun 26 2018 02:12:55     Sterling Inc. dba Kay Jewelers,
                 c/o Weltman, Weinberg & Reis, Co., LPA,    P.O. Box 93784,    Cleveland, OH 44101-5784
13580203       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 26 2018 02:12:05     Wfnnb/tsa,
                 Attention: Bankruptcy,    Po Box 182685,    Columbus, OH 43218-2685
14172840        E-mail/Text: Bankruptcy@wsfsbank.com Jun 26 2018 02:13:56     Wilmington Savings Fund Society,
                 500 Delaware Avenue, 11th Street,    Wilmington, DE 19801
                                                                                              TOTAL: 14
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              BANK OF AMERICA, N.A.
cr              Shellpoint Mortgage Servicing
cr              WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine
13595518*      +Sterling Inc. dba Kay Jewelers,    c/o Weltman, Weinberg & Reis, Co., LPA,    P.O. Box 93784,
                 Cleveland, OH 44101-5784
13601930       ##Bank of America, N.A.,    NC4-105-02-99,    PO Box 26012,    Greensboro, NC 27420-6012
13580199       ##+Santander Consumer Usa,   8585 N Stemmons Fwy Ste 1100-N,    Dallas, TX 75247-3822
                                                                                               TOTALS: 3, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: kthe              Page 2 of 2            Date Rcvd: Jun 25, 2018
                              Form ID: 408            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
          Andrew F Gornall     on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
           as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
           2014-9TT andygornall@latouflawfirm.com
          Edgardo D Santillan     on behalf of Joint Debtor Dawn M. Singleton ed@santillanlaw.com,
           edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
           eds.myecfemail@gmail.com,r53999@notify.bestcase.com
          Edgardo D Santillan     on behalf of Debtor Clarence E. Singleton, II ed@santillanlaw.com,
           edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
           eds.myecfemail@gmail.com,r53999@notify.bestcase.com
          James Warmbrodt     on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
           as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
           2014-9TT bkgroup@kmllawgroup.com
          Jeremy J. Kobeski     on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
          Matthew Gregory Brushwood     on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          William E. Miller     on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
           as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
           2014-9TT wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
          William E. Miller     on behalf of Creditor    Shellpoint Mortgage Servicing
           wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                             TOTAL: 11
```