**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   CLARENCE E. SINGLETON, II<br>   DAWN M. SINGLETON<br>       Debtor(s)<br><br>   Ronda J. Winnecour<br>       Movant<br>       vs.<br>   No Repondents. | Case No.:13-20869<br><br>Chapter 13<br><br>Related to:<br>Document No.: 132<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this ___9th___ day of ___August___, 20_18_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE

kmt

FILED
8/9/18 3:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                              Case No. 13-20869-CMB
Clarence E. Singleton, II                                           Chapter 13
Dawn M. Singleton
          Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-2           User: lfin                    Page 1 of 2                  Date Rcvd: Aug 09, 2018
                               Form ID: pdf900               Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2018.
db/jdb         +Clarence E. Singleton, II,    Dawn M. Singleton,    524 Moore Avenue,    Baden, PA 15005-1818
cr              Bank of America,    PO Box 15312,    Wilmington, DE 19850-5312
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,   2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Wilmington Savings Fund Society, FSB, doing busine,    c/o Shellpoint Mortgage Servicing,
                 P.O. BOX 10826,    GREENVILLE, SC 29603-0826
14253282       +BCAT2014-9TT,    Wilmington Savings Fund Society, FSB,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC 29603-0826
13580192        Bank Of America,    Attn: Bankruptcy NC4-105-0314,    PO Box 15312,    Wilmington, DE 19850-5312
13580191       +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
13611105       +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13664405       +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13648899        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13580194       +Fnb Cons Disc Co,    103 N Jefferson Street,    New Castle, PA 16101-3904
13580195       +Fnb Cons Disc Co,    156 S Broad St,    Grove City, PA 16127-1523
13585082        SANTANDER CONSUMER USA,    P.O. BOX 560284,    DALLAS, TX 75356-0284
13580200       +Sears/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13580202       +Weisfield Jewelers/Sterling Jewelers Inc,    Attn: Bankruptcy,    Po Box 3680,
                 Akron, OH 44309-3680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2018 01:55:49
                 PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13580193       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 10 2018 01:37:04     Cap One,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13612973       +E-mail/Text: kburkley@bernsteinlaw.com Aug 10 2018 01:26:52     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13580196       +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2018 01:36:46     Gemb/care Credit,
                 Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13580197        E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2018 01:36:46     Gemb/oldnavydc,
                 Attn: bankruptcy,    Po Box 130104,    Roswell, GA 30076
13580198       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 10 2018 01:26:02     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13664313        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2018 01:36:46
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13873496        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2018 01:36:45
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13628715        E-mail/Text: bnc-quantum@quantum3group.com Aug 10 2018 01:26:14
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13651709        E-mail/Text: bnc-quantum@quantum3group.com Aug 10 2018 01:26:14
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13580201        E-mail/Text: appebnmailbox@sprint.com Aug 10 2018 01:26:26     Sprint Bankruptcy Dept.,
                 1603 LBJ Freeway,    TXFBR043A,    Dallas, TX 75234
13595517       +E-mail/Text: BKRMailOps@weltman.com Aug 10 2018 01:26:34     Sterling Inc. dba Kay Jewelers,
                 c/o Weltman, Weinberg & Reis, Co., LPA,    P.O. Box 93784,    Cleveland, OH 44101-5784
13580203       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 10 2018 01:26:09     Wfnnb/tsa,
                 Attention: Bankruptcy,    Po Box 182685,    Columbus, OH 43218-2685
14172840        E-mail/Text: Bankruptcy@wsfsbank.com Aug 10 2018 01:27:09     Wilmington Savings Fund Society,
                 500 Delaware Avenue, 11th Street,    Wilmington, DE 19801
                                                                                               TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Shellpoint Mortgage Servicing
cr              WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine
13595518*      +Sterling Inc. dba Kay Jewelers,    c/o Weltman, Weinberg & Reis, Co., LPA,    P.O. Box 93784,
                 Cleveland, OH 44101-5784
13601930      ##Bank of America, N.A.,    NC4-105-02-99,    PO Box 26012,    Greensboro, NC 27420-6012
13580199      ##+Santander Consumer Usa,    8585 N Stemmons Fwy Ste 1100-N,    Dallas, TX 75247-3822
                                                                                               TOTALS: 3, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2             User: lfin                   Page 2 of 2                   Date Rcvd: Aug 09, 2018
                                 Form ID: pdf900              Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT andygornall@latouflawfirm.com
              Edgardo D Santillan    on behalf of Joint Debtor Dawn M. Singleton ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Debtor Clarence E. Singleton, II ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT bkgroup@kmllawgroup.com
              Jeremy J. Kobeski    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Matthew Gregory Brushwood    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Miller    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    Shellpoint Mortgage Servicing
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                             TOTAL: 11
```